IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MATTHEW STARY,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 06-C-082-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that plaintiff Matthew Stary's application for an award of attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 is GRANTED. Plaintiff's attorney, Dana Duncan, is awarded attorney fees in the amount of $4,881.58.

_____    10-31-08
Joel W. Turner, Acting Clerk of Court    Date